IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SUNITA MOONKA,

    Plaintiff,

v.                                                                     No. 1:18-cv-01086-KG-JHR

NATIONAL TECHNOLOGY AND
ENGINEERING SOLUTIONS OF
SANDIA, LLC and JULIE PERICH

    Defendants.

## ORDER DISMISSING WITH PREJUDICE STATE LAW CLAIMS AND DEFENDANT JULIE PERICH AND GRANTING PLAINTIFF'S UNOPPOSED MOTION TO AMEND THE COMPLAINT

        This matter is before the Court on the Plaintiff's Response to Defendants' Motion to Dismiss and Unopposed Motion to Amend the Complaint. In response to Defendants' Motion to Dismiss, Plaintiff consents to dismissal with prejudice of all state law claims against Defendants National Technology and Engineering Solutions of Sandia (NTESS) and Julie Perich based on the federal enclave doctrine. Plaintiff further moves to amend her Complaint to assert federal claims against Defendant NTESS. Defendants do not oppose the Plaintiff's Motion to Amend the Complaint, and this Order does not prejudice Plaintiff's federal claims in any way.

        Based on the submissions of the parties, IT IS ORDERED that Plaintiff's state law claims against Defendants NTESS and Ms. Perich are dismissed with prejudice and Ms. Perich is dismissed with prejudice from this action.

        IT IS FURTHER ORDERED that the Plaintiff's Unopposed Motion to Amend the Complaint is granted. Plaintiff shall file an amended Complaint on or before December 21,

2018.  Defendant NTESS shall submit its answer to the Amended Complaint on or before

January 8, 2019.

_____
UNITED STATE DISTRICT JUDGE

APPROVED:

JONES, SNEAD, WERTHEIM
& CLIFFORD, P.A.

By:   */s/ Samuel C. Wolf*
     SAMUEL C. WOLF
     AUTUMN BERGH
     Post Office Box 2228
     Santa Fe, New Mexico 87504-2228
     (505) 982-0011
     sam@thejonesfirm.com

*Attorneys for Plaintiff*

NATIONAL TECHOLOGY & ENGINEERING
SOLUTIONS OF SANDIA, LLC

By:   */s/ Cindy Lovato-Farmer*
     Cindy Lovato-Farmer
     1515 Eubank SE
     Mail Stop 0141
     Albuquerque, NM 87123-0141
     Tel: (505) 284-5284; Fax: (505) 844-2363
     cinlova@sandia.gov

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

     Jeffrey L. Lowry
     Post Office Box 1888
     Albuquerque, New Mexico  87103
     Telephone:  (505) 765-5900
     jlowry@rodey.com

*Attorneys for Defendants*