IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SUNITA MOONKA,

    Plaintiff,

v.                                                    CV 18-1086 KG/JHR

NATIONAL TECHNOLOGY AND
ENGINEERING SOLUTIONS OF
SANDIA, LLC,

    Defendant.

## NOTICE OF HEARING

An in-person status conference has been set in the above matter on **TUESDAY, October 8, 2019, at 10:00 A.M.,** at the United States Courthouse, 4th Floor Hondo Courtroom, 333 Lomas Blvd. NW, Albuquerque, New Mexico. Please contact Chambers at 505-348-2300 if you have any questions.

                                                                    Jerry H. Ritter
                                                                    U.S. Magistrate Judge