IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SUNITA MOONKA,

    Plaintiff,

v.                                                            No. 1:18-cv-01086-KG-JHR

NATIONAL TECHNOLOGY AND ENGINEERING
SOLUTIONS OF SANDIA, LLC,

    Defendant.

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal of the above-referenced action in its entirety and with prejudice. The parties shall bear their own fees and costs.

                        JONES, SNEAD, WERTHEIM
                           & CLIFFORD, P.A.

                        By */s/Samuel C. Wolf*
                            Samuel C. Wolf
                            Post Office Box 2228
                            Santa Fe, New Mexico  87504-2228
                            Telephone:  505-982-0011
                            sam@thejonesfirm.com
                            *Attorneys for Plaintiff*


                        RODEY, DICKASON, SLOAN, AKIN
                           & ROBB, P.A.

                        By */s/approved by email on 10/21/19*
                            Jeffrey L. Lowry
                            Post Office Box 1888
                            Albuquerque, New Mexico  87103
                            Telephone:  (505) 765-5900
                            Facsimile:  (505) 768-7395
                            jlowry@rodey.com

- AND -

>Cindy Lovato-Farmer
>National Technology & Engineering Solutions of
>Sandia, LLC d/b/a Sandia National Laboratories
>1515 Eubank SE
>Mail Stop 0141
>Albuquerque, NM 87123-0141
>Tel: (505) 284-5284; Fax: (505) 844-2363
>cinlova@sandia.gov
>*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of November, 2019, I filed the foregoing pleading electronically through the CM/ECF system, which caused all parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

>*/s/ Samuel C. Wolf*
>SAMUEL C. WOLF